IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS ALBERTO VALQUIER, <br><br> Defendant. | 8:17CR207 <br><br> **ORDER** |

This matter is before the Court on defendant Carlos Alberto Valquier's ("Valquier") Motion to Proceed In Forma Pauperis (Filing No. 172) in prosecuting an appeal of his conviction and sentence. Valquier has attached the required affidavit. *See* Fed. R. App. P. 24(a)(1). Accordingly, the Motion to Proceed In Forma Pauperis is granted.

IT IS SO ORDERED.

Dated this 2nd day of March, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge